■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BRANCOCCIO, Appellant. [709 NYS2d 405] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Irizarry, J.), rendered June 22, 1998, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Sullivan, S. Miller, Luciano and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AIREN BURT, Appellant. [708 NYS2d 895] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered June 17, 1997, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to disprove the defense of justification beyond a reasonable doubt is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Salmons,* 210 AD2d 512). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to disprove the defense of justification beyond a reasonable doubt (*see,* Penal Law § 35.15). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Santucci, J. P., Altman, Krausman and Feuerstein, JJ., concur.